IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

JOHN DOE,                                                    )
                                                             )
                    Plaintiff,                               )        2:19-CV-01180-CRE
                                                             )
          vs.                                                )
                                                             )
UNIVERSITY OF PITTSBURGH OF THE                              )
COMMONWEALTH SYSTEM OF                                       )
HIGHER EDUCATION,                                            )
                                                             )
                    Defendant,                               )

## ORDER TO SHOW CAUSE

          AND NOW, this 22nd day of October, 2019,

          Plaintiff shall show cause as to why he should be permitted to proceed in this case

anonymously. *See* Fed. R. Civ. P. 10; *Doe v. Megless*, 654 F.3d 404, 408-411 (3d Cir. 2011)

(potential for embarrassment or economic harm is not enough to proceed anonymously).  A

response to this show cause order is due by **November 5, 2019** and Plaintiff shall indicate whether

opposing counsel consents to Plaintiff proceeding anonymously.  Should Defendant not consent

to Plaintiff proceeding anonymously, Defendant's reply is due by **November 19, 2019**.  Briefs are

limited to ten (10) pages.

                              BY THE COURT:


                              s/Cynthia Reed Eddy
                              Chief United States Magistrate Judge