IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01180-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | ) ) ) ) | |
| | ) | |
| Defendant, | ) | |

**ORDER TO SHOW CAUSE**

AND NOW, this 12th day of November, 2019,

After the court having ordered the Plaintiff to show cause as to why he should be permitted to proceed in this case anonymously by November 5, 2019, and Plaintiff not having done so,

IT IS HEREBY ORDERED that Plaintiff shall respond to the show cause by **November 19, 2019**. Failure to respond to this show cause order may result in the court dismissing the case for failure to prosecute.

DATED this 12th day of November, 2019.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge