IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIDEON NKRUMAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:19- cv-01180-RJC |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH – OF | ) | |
| THE COMMONWEALTH SYSTEM OF | ) | |
| HIGHER EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

And now, this 22nd day of December 2020, following the Post-Discovery Status

Conference in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The interrogatories discussed during the December 22, 2020 Post-Discovery

Status Conference shall be served by January 25, 2021.

2. The parties shall file any motion(s) for summary judgment on or before March 8,

2021. Motions for summary judgment must comply with Local Rule 56.

3. Responses to motion(s) for summary judgment must comply with Local Rule 56

and are due by April 7, 2021.

4. **Counsel shall comply with the form and timing for briefing outlined in the**

**Practices and Procedures of the undersigned on the Court's website**

BY THE COURT:

s/*Robert J. Colville*_____
Robert J. Colville
United States District Judge

cc: (via ECF email notification):
All Counsel of Record